**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ALLEN HUTCHENS,**

          **Plaintiff,**

-vs-                                             **Case No. 6:08-cv-1038-Orl-31GJK**

**EMBARQ CORPORATION and**
**RECEIVABLE PERFORMANCE**
**MANAGEMENT (RPM),**

          **Defendants.**

_____

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Notice of Dismissal With Prejudice For Defendant Receivable Performance Management (RPM) Only (Doc. No. 14), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that Defendant Receivable Performance Management is dismissed with prejudice, each party to bear its own fees and costs.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on August 8, 2008.

                                                    GREGORY A. PRESNELL
                                                UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party